**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6092**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RONNIE LEE MYERS,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paula Xinis, District Judge.  (8:19-cr-00029-PX-1)

Submitted:  June 13, 2024                    Decided:  June 18, 2024

Before RUSHING and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ronnie Lee Myers, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronnie Lee Myers appeals the district court's orders denying his 18 U.S.C. § 3583(c)(1)(A) motion for a sentence reduction and denying his motion to reconsider. We have reviewed the record and conclude that the district court did not abuse its discretion by denying Myers' motions. *See United States v. Ferguson*, 55 F.4th 262, 269-70 (4th Cir. 2022), *cert. denied*, 144 S. Ct. 1007 (2024). We therefore affirm the district court's orders. *United States v. Myers*, No. 8:19-cr-00029-PX-1 (D. Md. Nov. 29, 2023; Jan. 12, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*